# UNITED STATES DISTRICT COURT

for the
Western District of Washington

FILED
LODGED          RECEIVED
NOV 18 2013
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Facebook Account 1567704308 | )<br>)<br>)  Case No. MJ13 - 571<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated by reference.

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | Interstate Threats |
| 18 USC 875(c) | |

The application is based on these facts:

See Affidavit of Special Agent O'Reilly, which is incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent O'Reilly
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 18, 2013

_____
*Judge's signature*

City and state:  Seattle, Washington

Magistrate Judge Theiler
*Printed name and title*

# AFFIDAVIT OF KERA E. O'REILLY

STATE OF WASHINGTON          )
                             )          ss
COUNTY OF KING               )

I, KERA O'REILLY, a Special Agent with the Federal Bureau of Investigation, Seattle, Washington, having been duly sworn, state as follows:

## AFFIANT BACKGROUND

1.      I am a Special Agent with the FBI and have been so employed since May 2000.  Prior to serving as a Special Agent, I was employed as a Professional Support Employee with the FBI, to include serving as the Victim Witness Specialist, beginning in September 1996.  As an FBI Special Agent, I have investigated, received training and have field experience participating in investigating the diverse criminal violations over which the FBI has jurisdiction, to include domestic and international terrorism, organized crime, white-collar crime, civil rights violations, bank robbery, extortion, kidnapping, crimes against children, interstate criminal activity, fugitive matters, firearms violations, illegal narcotics and other violations of federal statutes.  I have acquired knowledge and information about these offenses and the various methods by which they are executed, through formal and informal training, other law enforcement officers and investigators, informants, individuals I have arrested and interviewed, as well as through my participation in other investigations.

2.      As a law enforcement officer, I have participated in the execution of numerous arrest and search warrants, which have resulted in arrests, convictions, and the recovery of evidence and contraband.  I have served as a member of the FBI's Evidence Response Team since 1997, to include serving as the Senior Team Leader, and have completed specialty training in organizing, conducting, and leading evidence recovery operations involving the processing of complex crime scenes and utilizing forensic evidence collection techniques.  I am also an FBI Field Representative for the National Center for the Analysis of Violent Crime, serving as one of Washington State's liaisons

AFFIDAVIT OF O'REILLY- 1

1  for the FBI's Behavioral Assessment Units, responsible for providing criminal

2  investigative analysis in support of law enforcement agencies investigating unusual or

3  repetitive violent crimes, counterterrorism cases, and threatening communications.

4      3.      I am currently assigned to the Seattle Division's Domestic Terrorism Squad

5  on the Joint Terrorism Task Force ("JTTF"), which investigates criminal violations

6  relating to incidents of both domestic and international terrorism.

7                **INTRODUCTION AND PURPOSE OF AFFIDAVIT**

8      4.      I make this affidavit in support of an application for a search warrant for

9  information associated with Facebook user ID number 1567704308 that is stored at a

10  premises owned, maintained, controlled, or operated by Facebook, a social networking

11  company headquartered in Menlo Park, California.  The information to be searched is

12  described in the following paragraphs and in Attachment A.  This affidavit is made in

13  support of an application for a search warrant under Title 18, United States Code,

14  Sections 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the

15  government records and other information in its possession, more thoroughly described in

16  Attachment B and incorporated herein, pertaining to the subscriber or customer

17  associated with the user ID number 1567704308.

18      5.      The facts set forth in this Affidavit are based on my own personal

19  knowledge; knowledge obtained from other individuals during my participation in this

20  investigation, including other law enforcement officers; interviews of cooperating

21  witnesses; review of documents and records related to this investigation; communications

22  with others who have personal knowledge of the events and circumstances described

23  herein; and information gained through my training and experience.  Because this

24  Affidavit is submitted for the limited purpose of establishing probable cause in support of

25  the application for a search warrant, it does not set forth each and every fact that I or

26  others have learned during the course of this investigation.

27      6.      Based on my training and experience, and the facts as set forth in this

28  affidavit, there is probable cause to search the information described in Attachment A for

AFFIDAVIT OF O'REILLY- 2

1  evidence of the fruits and instrumentalities of violations of Interstate Threats, in violation

2  of Title 18, United States Code, Section 875(c).

3    7.    As set forth below, Mark Verhul posted threats that traveled interstate on

4  his Facebook page, *i.e.*, the account that is the subject of this search warrant affidavit.

5                            **APPLICABLE LAW**

6    8.    Title 18, United States Code, Section 875(c) provides: "Whoever transmits

7  in interstate or foreign commerce any communication containing any threat to kidnap any

8  person or any threat to injure the person of another" shall be criminally punished.

9                    **SUMMARY OF PROBABLE CAUSE**

10    9.    On November 1, 2013, Kent Police Department ("KPD") Officer Birkhofer

11  contacted MARK BRIAN VERHUL in a Kent public park.  I have reviewed Officer

12  Birkhofer's report relating to this contact, and also spoken with him.  According to the

13  report and interview, Officer Birkhofer arrested VERHUL for two offenses.  VERHUL

14  was released that day rather than being booked into jail.  VERHUL had a laptop

15  computer in his possession at the time of his contact with Officer Birkhofer.

16    10.    Later that same night, two different KPD officers, Officers Wheeler and

17  Workman, contacted VERHUL at a homeless shelter after a report that VERHUL had

18  caused a disturbance at the shelter.  I have interviewed the two officers about this contact.

19  According to Officer Workman, VERHUL had a laptop computer in his possession.

20  According to Officer Workman, VERHUL stated, "I want to kill Officer B[redacted]",

21  i.e., KPD Officer D.B.  According to Officer D.B., he had contact with VERHUL prior to

22  November 1, 2013, on matters unrelated to the contacts by Officers Birkhofer, Wheeler,

23  and Workman.

24    11.    On November 5, 2013, I reviewed the public portion of a Facebook account

25  that is under the name "Mark Verheul."  There is probable cause to believe that this

26  account belongs to MARK BRIAN VERHUL, despite the different spelling of the last

27  name.  First, the Facebook page includes a description of the encounter with Officer

28  Birkhofer that is described above.  Second, the "URL," i.e., the web address for the

AFFIDAVIT OF O'REILLY- 3

1  Facebook page, is "https://www.facebook.com/mark.verhul?fref=ts." This address
2  includes "verhul" or the correct spelling of MARK VERHUL's name. Third, the
3  Facebook page includes multiple photographs of a particular individual. I have compared
4  these photographs to MARK VERHUL's Department of Licensing photograph, and it
5  appears that the two individuals are one and the same. Fourth, the Facebook page lists
6  the owner as being divorced, and Pierce County Superior Court records show that MARK
7  VERHUL is indeed divorced.

8        12.    The Facebook page includes a posting that occurred on or about November
9  1, 2013. See Exhibit A. The posting includes a photograph of a KPD officer. Sergeant
10 Ford confirmed that the photograph depicts Officer D.B. The posting includes the
11 message, "THIS IS THE COP I AM GOING TO KILL."

12       13.    The page contains a separate posting that occurred on or about November 4,
13 2013. See Exhibit B. The posting contains the same photograph of Officer D.B., with
14 the message, "THIS PIG NEEDS TO BE TAKEN OUT."

15       14.    The page also contains a posting that occurred on or about November 4,
16 2013. See Exhibit C. The posting contains the same photograph, with the message, "I
17 want to kill this cops [sic] entire family and let him live to suffer from the memory of
18 why I killed them."

19       15.    The page contains a separate posting that occurred on or about November 4,
20 2013. See Exhibit D. The posting contains the same photograph, alongside two
21 photographs of what appears to be a dead body in a police vehicle. The posting includes
22 the following message, "This is what is going to happen to the next Kent WA cop who
23 fucks with me."

24       16.    I have reviewed the http://newsroom.fb.com/Infrastructure website,
25 www.facebook.com's publically available description of where their on-line data centers
26 are located. It specifies that their datacenters are located in the following cities:
27 Prineville, Oregon; Forest City, North Carolina; Lulea, Sweden; and Altoona, Iowa.

28

AFFIDAVIT OF O'REILLY- 4

1  Thus, there is probable cause to believe that the Facebook postings described above
2  involved an interstate wire that traveled outside the State of Washington.

3      17.    On November 5, 2013, MARK VERHUL was arrested at a homeless
4  shelter in Kent, Washington.  He had the SUBJECT DEVICE in his possession.  Kent
5  officers seized the SUBJECT DEVICE incident to VERHUL's arrest.

6                   **FACEBOOK POLICIES AND PROCEDURES**

7      18.    Facebook owns and operates a free access social networking website of the
8  same name that can be accessed at http://www.facebook.com.  Facebook allows its users
9  to establish accounts with Facebook, and users can then use their accounts to share
10  written news, photographs, videos, and other information with other Facebook users, and
11  sometimes with the general public.

12      19.    Facebook asks users to provide basic contact and personal identifying
13  information to Facebook, either during the registration process or thereafter.  This
14  information may include the user's full name, birth date, gender, contact email addresses,
15  Facebook passwords, Facebook security questions and answers (for password retrieval),
16  physical address (including city, state, and zip code), telephone numbers, screen names,
17  websites, and other personal identifiers.  Facebook also assigns a user identification
18  number to each account.  According to Facebook, the user identification, 1567704308, is
19  associated with the account that is described above.

20      20.    Facebook users may join one or more groups or networks to connect and
21  interact with other users who are members of the same group or network.  A Facebook
22  user can also connect directly with individual Facebook users by sending each user a
23  "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two
24  users will become "Friends" for purposes of Facebook and can exchange
25  communications or view information about each other.  Each Facebook user's account
26  includes a list of that user's "Friends" and a "News Feed," which highlights information
27  about the user's "Friends," such as profile changes, upcoming events, and birthdays.

28

AFFIDAVIT OF O'REILLY- 5

21.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

22.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

23.     Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (*i.e.*, label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

24.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e mail messages, are sent to the recipient's

AFFIDAVIT OF O'REILLY- 6

1   "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well
2   as other information.  Facebook users can also post comments on the Facebook profiles
3   of other users or on their own profiles; such comments are typically associated with a
4   specific posting or item on the profile.  In addition, Facebook has a "Chat" feature that
5   allows users to send and receive instant messages through Facebook.  These chat
6   communications are stored in the chat history for the account.  Facebook also has a Video
7   Calling feature, and although Facebook does not record the calls themselves, it does keep
8   records of the date of each call.

9        25.    If a Facebook user does not want to interact with another user on Facebook,
10  the first user can "block" the second user from seeing his or her account.

11       26.    Facebook has a "like" feature that allows users to give positive feedback or
12  connect to particular pages.  Facebook users can "like" Facebook posts or updates, as
13  well as webpages or content on third party (i.e., non Facebook) websites.  Facebook users
14  can also become "fans" of particular Facebook pages.

15       27.    Facebook has a search function that enables its users to search Facebook for
16  keywords, usernames, or pages, among other things.

17       28.    Each Facebook account has an activity log, which is a list of the user's
18  posts and other Facebook activities from the inception of the account to the present.  The
19  activity log includes stories and photos that the user has been tagged in, as well as
20  connections made through the account, such as "liking" a Facebook page or adding
21  someone as a friend.  The activity log is visible to the user but cannot be viewed by
22  people who visit the user's Facebook page.

23       29.    Facebook Notes is a blogging feature available to Facebook users, and it
24  enables users to write and post notes or personal web logs, i.e., "blogs", or to import their
25  blogs from other services, such as Xanga, LiveJournal, and Blogger.

26       30.    The Facebook Gifts feature allows users to send virtual "gifts" to their
27  friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase,
28  and a personalized message can be attached to each gift.  Facebook users can also send

AFFIDAVIT OF O'REILLY- 7

1  each other "pokes," which are free and simply result in a notification to the recipient that

2  he or she has been "poked" by the sender.

3      31.    Facebook also has a Marketplace feature, which allows users to post free

4  classified ads.  Users can post items for sale, housing, jobs, and other items on the

5  Marketplace.

6      32.    In addition to the applications described above, Facebook also provides its

7  users with access to thousands of other applications on the Facebook platform.  When a

8  Facebook user accesses or uses one of these applications, an update about that the user's

9  access or use of that application may appear on the user's profile page.

10     33.    Facebook uses the term "Neoprint" to describe an expanded view of a given

11 user profile.  The "Neoprint" for a given user can include the following information from

12 the user's profile:  profile contact information; News Feed information; status updates;

13 links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists,

14 including the friends' Facebook user identification numbers; groups and networks of

15 which the user is a member, including the groups' Facebook group identification

16 numbers; future and past event postings; rejected "Friend" requests; comments; gifts;

17 pokes; tags; and information about the user's access and use of Facebook applications.

18     34.    Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP

19 address.  These logs may contain information about the actions taken by the user ID or IP

20 address on Facebook, including information about the type of action, the date and time of

21 the action, and the user ID and IP address associated with the action.  For example, if a

22 user views a Facebook profile, that user's IP log would reflect the fact that the user

23 viewed the profile, and would show when and from what IP address the user did so.

24     35.    Social networking providers like Facebook typically retain additional

25 information about their users' accounts, such as information about the length of service

26 (including start date), the types of service utilized, and the means and source of any

27 payments associated with the service (including any credit card or bank account number).

28 In some cases, Facebook users may communicate directly with Facebook about issues

AFFIDAVIT OF O'REILLY- 8

1   relating to their accounts, such as technical problems, billing inquiries, or complaints

2   from other users.  Social networking providers like Facebook typically retain records

3   about such communications, including records of contacts between the user and the

4   provider's support services, as well as records of any actions taken by the provider or

5   user as a result of the communications.

6        36.    Therefore, the computers of Facebook are likely to contain all the material

7   described above, including stored electronic communications and information concerning

8   subscribers and their use of Facebook, such as account access information, transaction

9   information, and other account information.

10        37.    On November 5, 2013, an FBI agent served a preservation notice to

11   Facebook regarding the account that is the subject of this warrant application.

12        38.    I anticipate executing this warrant under the Electronic Communications

13   Privacy Act, in particular, Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A)

14   and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the

15   government copies of the records and other information (including the content of

16   communications) particularly described in Section I of Attachment B.  Upon receipt of

17   the information described in Section I of Attachment B, government authorized persons

18   will review that information to locate the items described in Section II of Attachment B.

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF O'REILLY- 9

## CONCLUSION

39.     Based on the forgoing, I request that the Court issue the proposed search warrant.   This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. § 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated."  *See* 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Kera O'Reilly, Complainant
Special Agent, FBI

SUBSCRIBED AND SWORN before me this ___18___ day of November, 2013.

THE HONORABLE Mary Alice Theiler
United States Magistrate Judge

AFFIDAVIT OF O'REILLY- 10

# EXHIBIT A

heul  🔍  👥²

**Verheul**  **Timeline** ▾  **Recent** ▾                        +¹ Ad

Gymnastics

**Mark Verheul**
November 1 🌐

## THIS IS THE COP I AM GOING TO KILL



Share

 Mark Verheul This place of shit violates the homeless peoples civil rights
die
November 1 at 11:07pm

 Mark Verheul fuck you NSA, I know you have read this, come get me f
than dieing trying
November 1 at 11:22pm

 Genie████ARK : Honey ........ Please ...... Let it go ..... I care about y
NOT want to lose you ......... This asshole is NOT worth it
November 1 at 8:08am via mobile

# EXHIBIT B

Case 2:13-mj-00571-MAT Document 1 Filed 11/18/13 Page 15 of 23



Comments

Chess



Mark Verheul

THIS PIG NEEDS TO BE TAKEN OUT

Share



Q

Home

+ Add Fr

# EXHIBIT C

**Mark Verheul**

Friends · 35



Mark Verheul   Timeline ▽   Recent ▽

About

lives in Seattle, Washington

Mark Verheul

I want to kill this cops entire family and let him live to suffer f
why I killed them



# EXHIBIT D

**Mark Verheul** Timeline ▾ Recent ▾

+1 Add Friend





18 hours ago ✎

Just so everyone understands. Cops are assholes and they all deserve to die. If I have anything to do with it, I will not hesitate to kill a cop. They are thugs and pieces of shit who don't deserve to live

Share



Marnie ▓▓▓ as much as I agree, please be careful in chosing your words.
3 hours ago

 

**Mark Verheul**
20 hours ago ✎

This is what is going to happen to the next Kent WA cop who fucks with me







📖 1

Share

View 5 more comments

**Mark Verheul** sorry to hear that stephen
18 hours ago

**Stephen** ▓▓▓▓ 've returned the favor, and I'm not scared to revolt. But as I said, your my senior in this new fight for me....I look for your strength, not hate.
18 hours ago

**Mark Verheul** the police in America are out of control, they need to be stopped dead

Music ·



Supertramp



The Who

Nina Hagen



The B-52s

Pink Floyd







I Like Everything but....



Games · 4

## **ATTACHMENT A**
### Premises To Be Searched

This warrant applies to information associated with Facebook user ID number 1567704308 that is stored at a premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California, including, but not limited to, any data that is being preserved pursuant to a preservation letter.

Attachment A
In re search of Facebook Account

**ATTACHMENT B**
Documents To Be Searched

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)      All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)      All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)      All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(d)      All Neoprints, including profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user=s access and use of Facebook applications;

(e)      All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending

Attachment B
In re search of Facebook Account

"Friend" requests;

  (f)  All "check ins" and other location information;

  (g)  All IP logs, including all records of the IP addresses that logged into the account;

  (h)  All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked;"

  (i)  All information about the Facebook pages that the account is or was a "fan" of;

  (j)  All past and present lists of friends created by the account;

  (k)  All records of Facebook searches performed by the account;

  (l)  All information about the user's access and use of Facebook Marketplace;

  (m)  The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

  (n)  All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

  (o)  All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.  Information to be seized by the government

  All information described above in Section I that constitutes evidence of the fruits and instrumentalities of violations of Title 18, United States Code, Section 875(c) (Interstate Threats),   including, for the user ID identified on Attachment A, information pertaining to the following matters:

  (a)  any and all Wall Posts, private messages, status updates, chat history, friend

Attachment B
In re search of Facebook Account

requests, or other information regarding the Kent Police Department, any employees/officers thereof, or any other law enforcement officers;

     (b)     any and all photographs regarding the Kent Police Department or any employees/officers thereof, or any other law enforcement officers;

     (c)     any and all IP logs, including all records of the IP addresses that logged into the account, and the dates and times such logins occurred;

     (d)     records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

Attachment B
In re search of Facebook Account